IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MOGEN AGENCY, INC., PAUL MOGEN,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CONTINENTAL GENERAL INSURANCE COMPANY,  et. al;<br><br>    Defendants. | 8:13CV381<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED:

The motion to withdraw filed by William Gaynor as counsel of record on behalf of Defendants American Financial Group, Continental General Insurance Company, Great American Financial Resources, and Great American Life Insurance Company, (filing no. 8), is granted.

January 10, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge