IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MOGEN AGENCY, INC., PAUL MOGEN,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>CONTINENTAL GENERAL INSURANCE COMPANY,  GREAT AMERICAN FINANCIAL RESOURCES, Incorporated;  GREAT AMERICAN INSURANCE COMPANY,  AMERICAN FINANCIAL GROUP,<br><br>　　　　　　Defendants. | **8:13CV381** |
| NATIONAL INSURANCE Network and ROBERT S. ZIMNY<br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>CONTINENTAL GENERAL INSURANCE COMPANY,  GREAT AMERICAN FINANCIAL RESOURCES, Incorporated;  GREAT AMERICAN LIFE INSURANCE COMPANY,  AMERICAN FINANCIAL GROUP,<br><br>　　　　　　Defendants. | **8:13CV382**<br><br>**MEMORANDUM AND ORDER** |
| RANDY DODDS d/b/a BUSINESS ANALYSIS, LTD., BUSINESS ANALYSIS, LTD.<br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>CONTINENTAL GENERAL INSURANCE COMPANY,  GREAT AMERICAN FINANCIAL RESOURCES, Incorporated;  AMERICAN FINANCIAL GROUP, GREAT AMERICAN LIFE INSURANCE COMPANY<br><br>　　　　　　Defendants. | **8:13CV383** |

| | |
|---|---|
| UNITED SENIORS ALLIANCE, THURMAN J. PARRISH,<br><br>            Plaintiffs,<br><br>   vs.<br><br>CONTINENTAL GENERAL INSURANCE COMPANY, GREAT AMERICAN FINANCIAL RESOURCES, Incorporated; GREAT AMERICAN INSURANCE COMPANY, AMERICAN FINANCIAL GROUP,<br><br>            Defendants. | **8:13CV385** |

The four above captioned cases were all removed from the District Court of Douglas County, Nebraska on December 31, 2013. A review of the respective complaints reveals the cases contain identical defendants, similar factual allegations, and seek similar relief. The parties submitted separate Rule 26(f) reports for each case requesting similar case progression deadlines, but separate trial dates.

IT IS ORDERED:

1) The parties have until April 28, 2014 to file a notice with the court addressing why the above captioned cases should not be consolidated for the purposes of discovery, pretrial proceedings, and trial. Absent such a filing, the cases will be consolidated in all respects.

2) A final progression order was issued in 8:13cv381 stating the mandatory disclosures must be completed by May 30, 2014. Although final progression orders have not been issued in cases 13cv382, 13cv383, and 13cv385 the parties shall begin the

discovery process with mandatory disclosures in those cases to be completed by May 30, 2014.

Dated this 4th day of April, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

3