IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MOGEN AGENCY, INC., PAUL MOGEN,<br><br>    Plaintiffs,<br><br> vs.<br><br>CONTINENTAL GENERAL INSURANCE COMPANY, GREAT AMERICAN FINANCIAL RESOURCES, Incorporated; GREAT AMERICAN INSURANCE COMPANY, AMERICAN FINANCIAL GROUP,<br><br>    Defendants. | **8:13CV381** |
| NATIONAL INSURANCE Network and ROBERT S. ZIMNY<br>    Plaintiffs,<br><br> vs.<br><br>CONTINENTAL GENERAL INSURANCE COMPANY, GREAT AMERICAN FINANCIAL RESOURCES, Incorporated; GREAT AMERICAN LIFE INSURANCE COMPANY, AMERICAN FINANCIAL GROUP,<br><br>    Defendants. | **8:13CV382**<br><br>**MEMORANDUM AND ORDER** |
| RANDY DODDS d/b/a BUSINESS ANALYSIS, LTD., BUSINESS ANALYSIS, LTD.<br>    Plaintiffs,<br><br> vs.<br><br>CONTINENTAL GENERAL INSURANCE COMPANY, GREAT AMERICAN FINANCIAL RESOURCES, Incorporated; AMERICAN FINANCIAL GROUP, GREAT AMERICAN LIFE INSURANCE COMPANY<br><br>    Defendants. | **8:13CV383** |

| | |
|---|---|
| UNITED SENIORS ALLIANCE, THURMAN J. PARRISH,<br><br>            Plaintiffs,<br><br>     vs.<br><br>CONTINENTAL GENERAL INSURANCE COMPANY,  GREAT AMERICAN FINANCIAL RESOURCES, Incorporated; GREAT AMERICAN INSURANCE COMPANY,  AMERICAN FINANCIAL GROUP,<br><br>            Defendants. | 8:13CV385 |

On April 4, 2014 this court entered an order instructing the parties to address whether the above captioned cases should be consolidated for trial and/or discovery.  On April 28, 2014, Defendants filed an objection and requesting that the cases remain separate for progression and trial.  No other party filed a response.

Accordingly,

IT IS ORDERED:

1)     Defendants objections, (Filing No. 26 in 8:13cv381; Filing No. 26 in 8:13cv382; Filing No. 23 in 8:13cv383; and Filing No. 23 in 8:13cv385) are sustained.  The above captioned cases shall remain separate for all purposes.

2)     The final progression order issued in 8:13cv381 remains in effect.  Final progression orders in cases 13cv382; 13cv383; and 13cv385 are forthcoming.

Dated this 19th day of May, 2014.

                                                            BY THE COURT:

                                                            *s/ Cheryl R. Zwart*
                                                            United States Magistrate Judge