IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MOGEN AGENCY, INC., PAUL MOGEN,<br><br>         Plaintiffs,<br><br>    vs.<br><br>CONTINENTAL GENERAL INSURANCE COMPANY, GREAT AMERICAN FINANCIAL RESOURCES, Incorporated; GREAT AMERICAN INSURANCE COMPANY, AMERICAN FINANCIAL GROUP,<br><br>         Defendants. | 8:13CV381<br><br>**ORDER** |

The parties' joint motion, (Filing No. 33), is granted, and the final progression order is amended as follows:

1) The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is March 24, 2015. Motions to compel Rule 33 through 36 discovery must be filed by April 7, 2015.

2) The deadlines for identifying expert witnesses expected to testify at the trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

   For the plaintiff(s):      February 13, 2015.

   For the defendant(s):    April 7, 2015.

3) The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

   For the plaintiff(s):      March 31, 2015.

   For the defendant(s):    May 22, 2015.

4) The deposition deadline is June 5, 2015.

5) The deadline for filing motions to dismiss and motions for summary

    judgment is June 26, 2015. The parties are advised, however, that the trial and pretrial conference may be continued on the court's own motion if dispositive motions are filed after June 1, 2015.[1]

6)     The deadline for filing motions to exclude testimony on *Daubert* and related grounds is June 19, 2015.

December 24, 2014.

                  BY THE COURT:

                  *s/ Cheryl R. Zwart*
                  United States Magistrate Judge

---

[1] To facilitate the court's review, the parties are strongly encouraged to include hyperlinks to the evidence, CM/ECF record, and all legal authorities cited within their briefs filed in support of, or in opposition to, any motions filed. See NECivR 7.1. For instructions, see "Hyperlinking Information" at http://www.ned.uscourts.gov/attorney/electronic-case-filing.