IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MOGEN AGENCY, INC., PAUL MOGEN,<br><br>              Plaintiffs,<br><br>      vs.<br><br>CONTINENTAL GENERAL INSURANCE COMPANY,  GREAT AMERICAN FINANCIAL RESOURCES, Incorporated;  GREAT AMERICAN INSURANCE COMPANY,  AMERICAN FINANCIAL GROUP,<br><br>              Defendants. | 8:13CV381<br><br>ORDER |

The parties requested coordination of expert witness deadlines with the following cases (8:13cv383, 8:13cv381, 8:13cv382, 8:13cv385).  The motion is granted.

IT IS ORDERED:

1)   The deadlines for identifying expert witnesses expected to testify at the trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

> For the plaintiff(s):      February 13, 2015.
> For the defendant(s):     April 6, 2015.

2)   The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

> For the plaintiff(s):      March 31, 2015.
> For the defendant(s):     May 22, 2015.

Dated this 20th day of January, 2015

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge